19MQ12203

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☑ IDHR | |
| ☑ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Santiago Calle | (217) 766-6320 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| c/o 102 E. Main St.; Ste. 100 | Urbana, Illinois 61801 | / /  M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| Target | 15+ | (217) 355-3325 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2102 N. Prospect Avenue | Champaign, Illinois 61821 | Champaign |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Sexual Orientation (Gender-Related Identity), Ancestry (Hispanic), and Retaliation | December 11, 2018 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

Please See Attached.

RECEIVED
JAN 22 2019
Dept. of Human Rights
Springfield

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 17th DAY OF January, 2019

*Jessica Wise*
NOTARY SIGNATURE

NOTARY STAMP

JESSICA WISE
"OFFICIAL SEAL"
My Commission Expires
July 30, 2020
NOTARY PUBLIC STATE OF ILLINOIS

X _____ 1/17/19
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. /09-INT)

# Exhibit A