## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| SANTIAGO CALLE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:19-cv-02354-CSB-EIL |
| TARGET CORPORATION, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the Parties, Plaintiff, Santiago Calle; and Defendant, Target Corporation; and hereby stipulate that this matter is to be dismissed, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure with each party to bear their own respective attorney's fees and court costs.

| | |
|---|---|
| By: /s/Gray Mateo-Harris | By: /s/Ronald S. Langacker |
| Gray Mateo-Harris (ARDC No. 6297139) | Ronald S. Langacker |
| Fox Rothschild LP | Langacker Law, Ltd. |
| 321 N. Clark Street, Suite 1600 | 210 N. Broadway Ave. |
| Chicago, Illinois 60654 | Urbana, Illinois 61801 |
| GMateo-Harris@Foxrothschild.com | langackerlaw@gmail.com |
| Attorney for Defendant | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SANTIAGO CALLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:19-cv-02354-CSB-EIL |
| | ) | |
| TARGET CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on December 4, 2020, he electronically filed with the Clerk of the Court the foregoing **Stipulation to Dismiss** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gray I. Mateo-Harris (6297139)
Kelsey J. Schmidt (6321457)
Fox Rothschild LP
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
(312) 338-5906
g.mateo-harris@Foxrothschild.com
k.schmidt@Foxrothschild.com

                                          Respectfully Submitted,

                                          By: /s/Ronald S. Langacker
                                          Ronald S. Langacker, #6239469
                                          Attorney for Plaintiff
                                          Langacker Law, Ltd.
                                          210 N. Broadway Avenue
                                          Urbana, Illinois 61801
                                          (217) 954-1025
                                          ron@langackerlaw.com